```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 07 B 13274
  ROCHELLE A RUCKER
                                             CHAPTER 13

                                             JUDGE: SUSAN PIERSON SONDERBY

         Debtor
  SSN XXX-XX-0575

--------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
      The case was filed on 07/25/2007 and was confirmed 01/02/2008.

      The plan was confirmed to pay secured creditors 100% and unsecured
creditors   25.00%.

      The case was dismissed after confirmation 10/16/2008.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT      INTEREST      PRINCIPAL
                                                              PAID          PAID
--------------------------------------------------------------------------------
WELLS FARGO AUTO FINANCE   SECURED VEHIC     24284.69         1037.41       1500.00
WELLS FARGO AUTO FINANCE   UNSECURED         NOT FILED            .00           .00
MIDWEST TITLE LOANS        SECURED VEHIC      1282.79           86.54        418.35
MIDLAND FINANCE COMPANY    UNSECURED         NOT FILED            .00           .00
DEPENDON COLLECTION        UNSECURED         NOT FILED            .00           .00
GINNYS                     UNSECURED         NOT FILED            .00           .00
ECAST SETTLEMENT           UNSECURED           610.64             .00           .00
ILLINOIS COLLECTION SERV   UNSECURED         NOT FILED            .00           .00
EVERGREEN MEDICAL SPECIA   UNSECURED         NOT FILED            .00           .00
MIDNIGHT VELVET            UNSECURED         NOT FILED            .00           .00
ST MARGARET MERCY HOSPIT   UNSECURED         NOT FILED            .00           .00
CHECK N GO OF ILLINOIS I   UNSECURED         NOT FILED            .00           .00
AAA CHECKMATE LLC          UNSECURED           610.90             .00           .00
BROTHER LOAN & FINANCE     UNSECURED           735.15             .00           .00
FIRST AMERICAN CASH ADV    UNSECURED           485.50             .00           .00
AMERICASH LOANS LLC        UNSECURED          3348.83             .00           .00
NORTHWEST CAPITAL INVEST   UNSECURED         NOT FILED            .00           .00
MIDWEST TITLE LOANS        UNSECURED           958.21             .00           .00
JULIAN RUCKER JR           NOTICE ONLY       NOT FILED            .00           .00
MARTIN J OHEARN            DEBTOR ATTY       3,000.00                           .00
TOM VAUGHN                 TRUSTEE                                           230.70
DEBTOR REFUND              REFUND                                               .00

       Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                     RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE             3,273.00

PRIORITY                                          .00
SECURED                                      1,918.35
    INTEREST                                 1,123.95

              PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 07 B 13274 ROCHELLE A RUCKER
```

```
UNSECURED                                                             .00
ADMINISTRATIVE                                                        .00
TRUSTEE COMPENSATION                                               230.70
DEBTOR REFUND                                                         .00
                                       ----------------    ----------------
TOTALS                                         3,273.00            3,273.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                              /s/ Tom Vaughn
  Dated: 01/27/09             _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE
```